No. 483. STATE OF WASHINGTON *v.* INLAND EMPIRE REFINERIES, INC., ET AL. December 23, 1940. Petition for writ of certiorari to the Supreme Court of the State of Washington denied for the reason that the judgment of the court below rests upon a non-federal ground ade-

quate to support it. *Lynch* v. *New York,* 293 U. S. 52; *New York City* v. *Central Savings Bank,* 306 U. S. 661. Messrs. *Smith Troy,* Attorney General, and *John E. Belcher,* Assistant Attorney General, for petitioner. Messrs. *F. G. Dorety, Thomas Balmer,* and *Edwin C. Matthias* for Great Northern Railway Co., respondent.